IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.          No. 1:21-cv-01164-KWR-LF

$84,139.19 IN U.S. CURRENCY,

2011 ACURA MDX
VIN: 2HNYD2H63BH529270,

2009 YAMAHA RAVEN MOTORCYCLE
VIN:JYARJ18Y29A001125,

and

2018 KTM 690 DUKE MOTORCYCLE
VIN:VBKLDV404JM714439,

    *Defendants-in-rem.*

JOHN ROBERT SEIBEL,

    *Claimant.*

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on the Settlement Agreement between the United States and Claimant John Robert Seibel. The Court has reviewed the agreement and is fully advised in the premises.

**WHEREAS** in the related criminal case, 21-cr-00801-KWR, Claimant John Robert Seibel agreed to forfeit his right, title, and interest in the Defendant Property in Rem.

**WHEREAS** there are no further parties or claims remaining for adjudication.

**THE COURT HEREBY ORDERS AND ADJUDGES AS FOLLOWS:**

All right, title, and interest in the Defendant Property in Rem is forfeited to the United States and title thereto is vested in the United States. The forfeited property is as follows:

  a. $84,139.19 in U.S. Currency;

  b. 2011 acura mdx, VIN:2HNYD2H63BH529270;

  c. 2009 yamaha raven motorcycle, VIN:JYARJ18Y29A001125; and

  d. 2018 KTM 690 Duke Motorcycle VIN:VBKLDV404JM714439.

The parties will bear their own costs and attorney's fees in this case.

  **IT IS SO ORDERED.**

                _____
                **KEA W. RIGGS**
                **UNITED STATES DISTRICT JUDGE**

| **SUBMITTED BY:** | **APPROVED BY:** |
|---|---|
| *Electronically submitted April 14, 2022* | *Approved via email March 30, 2022* |
| STEPHEN R. KOTZ | RYAN VILLA, ESQ. |
| Assistant U.S. Attorney | Attorney for Claimant John Robert Seibel |
| P.O. Box 607 | 5501 Eagle Rock Avenue NE Suite C2 |
| Albuquerque, NM 87103 | Albuquerque, NM 87113 |
| (505) 346-7274 | (505) 445-7097 |